## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Murad Trammell Slate,                          Civil No. 14-645 (DWF/TNL)

           Petitioner,

v.                                          **ORDER ADOPTING REPORT**
                                                    **AND RECOMMENDATION**

Bruce Reiser - Warden,
D.O.C. Minnesota,

           Respondent.

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated April 3, 2014.  (Doc. No. 5.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

      1.      Magistrate Judge Tony N. Leung's Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

      2.      Petitioner's application for a writ of habeas corpus (Doc. No. [1]) is **DENIED**.

      3.      Petitioner's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

      4.      Petitioner's motion for appointment of counsel (Doc. No. [3]) is **DENIED**.

      5.      This action is **DISMISSED WITH PREJUDICE**.

      6.      Petitioner is **NOT** granted a Certificate of Appealability.

Dated: May 12, 2014        s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge